In the Matter of VICTOR NAGLER, Appellant, against J.
CHARLES ZIMMERMAN, as City Judge of Long Beach,
Respondent.

(Submitted February 26, 1934; decided March 6, 1934.)

*Stephen Callaghan* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.